Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
6140 STONERIDGE MALL RD SUITE 250
TELEPHONE: 925-621-1900
FAX: 925-621-1901

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ANNIE M FREEMAN
     Debtor(s)

Case No 10-46918 CN13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,500.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 10-46918 CN13 | MARIA J WALKER<br>39440 CIVIC CENTER DR #202<br>FREMONT CA 94538 | $1,500.00 | $1,500.00 |
| | Total Unclaimed Dividends | | $1,500.00 |

Dated: July 29, 2015

                                        /s/ Martha G Bronitsky
                                        Martha G. Bronitsky, Chapter 13 Trustee